## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        -vs-                                     Case No. 13-CR-231

RONALD A. DOBEK,

        Defendant.

---

## DECISION AND ORDER

---

Defendant Ronald A. Dobek ("Dobek") seeks to have the above-captioned case reassigned to U. S. District Court Judge J. P. Stadtmueller pursuant to Criminal Local Rule 13 (E.D. Wis.).

Because the conditions for reassignment present in Rule 13 are not present in the facts before this Court, the Court declines to reassign the case.

**IT IS HEREBY ORDERED THAT:**

Dobek's motion (ECF No. 18) is **DENIED** and his case will remain here.

Dated at Milwaukee, Wisconsin, this 6th day of February, 2014.

                                 **BY THE COURT:**

                                 **HON. RUDOLPH T. RANDA**
                                 **U.S. District Judge**